UNITED STATES of America,
Plaintiff–Appellee

v.

Percy FRANKLIN, Defendant–
Appellant.

No. 08–30855
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 29, 2010.

Maurice Landrieu, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Virginia Laughlin Schlueter, Federal Public Defender, Federal Public Defender's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before JONES, Chief Judge, and DAVIS and WIENER, Circuit Judges.

PER CURIAM: *

Percy Franklin, federal prisoner # 01161–748, appeals from the district court's order denying him relief pursuant to 18 U.S.C. § 3582(c)(2) and the crack cocaine amendments to the Sentencing Guidelines. Franklin was convicted of conspiracy to distribute crack cocaine and powder cocaine.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Franklin contends that the district court erroneously found that his 20–year sentence was the minimum mandatory sentence for his offense because, he argues, the murders committed by the conspiracy were found not reasonably foreseeable to him when he was sentenced. The Government contends that Franklin waived any entitlement to § 3582(c)(2) relief because the Federal Public Defender appointed to represent Franklin sat on the committee that determined Franklin was ineligible for such relief.

The Government's waiver argument is unavailing. Moreover, the district court's finding that Franklin previously had incurred a felony drug conviction raised his mandatory minimum sentence to 20 years of imprisonment. *See* 21 U.S.C. § 841(b)(1)(A)(iii). Because Franklin was sentenced to the minimum mandatory 20–year term, he was ineligible for an adjustment pursuant to the crack cocaine guidelines. *See* U.S.S.G. § 1B1.10, comment. (n. 1).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.